Strafford,
No. 6312.

RICHARD Q. LaChance

*v.*

BERT D. GEORGE, MAYOR *et al.*

September 10, 1971.

*Paul B. Urion* ( by brief and orally ) for the plaintiff.

*Arthur W. Hoover* ( by brief and orally ) for the defendants.

PER CURIAM. After oral arguments and written briefs were submitted at a hearing in the supreme court on the afternoon of Friday, September 10, 1971, the court issued the following orders: The primary election for the city of Rochester shall be held on Tuesday, September 14, 1971 as originally scheduled. Further registration of voters on or before that date for that election is prohibited.

*So ordered.*